# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

FILED
JUN 2 8 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

In the Matter of the Search of )
A username Facebook, Inc., account which is more fully )
described as "Kenneth Robinson," under Facebook User )
ID number 100002952849007, and user ID name ) Case No. 4:18 MJ 1203 (JMB)
https://www.facebook.com/bhttps://www.facebook.com/JokerSouthSideKinganga.mac.5 that is stored at )
premises controlled by Facebook, Inc. This user account )
is affiliated with an account located within Facebook )
Inc., an Internet-based social networking site )
headquartered in Menlo Park, California. )

## APPLICATION FOR A SEARCH WARRANT

I, __Christopher M. Grimm__, a federal law enforcement officer or an attorney for the government request a search warrant and state under penalty of perjury that I have reason to believe that on the following property:

**SEE ATTACHMENT A**

located in the _____NORTHERN_____ District of _____CALIFORNIA_____, there is now concealed

**SEE ATTACHMENT B**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
✓ evidence of a crime;
✓ contraband, fruits of crime, or other items illegally possessed;
✓ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C., §§ 841(a)(1) and 846 | Conspiracy to possess with intent to distribute controlled substances |
| Title 18, U.S.C., §924(c) | Firearms Offenses |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.

✓   Continued on the attached sheet.
☐   Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

CHRISTOPHER M. GRIMM, Special Agent
Drug Enforcement Administration
*Printed name and title*

*Judge's signature*

**Sworn to before me and signed in my presence.**

Date: __June 28, 2018__

City and State: __St. Louis, MO__

Hon. John M. Bodenhausen, U.S. Magistrate Judge
*Printed name and title*
AUSA:   BETH ORWICK

IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH "KENNETH ROBINSON", UNDER FACEBOOK USER ID NUMBER ID 100002952849007, and USER ID NAME https://www.facebook.com/bhttps://www.facebook.com/JokerSouthSideKinganga.mac.5 THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | Case No.  4:18 MJ 1203  (JMB)<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Special Agent Christopher M. Grimm of the Drug Enforcement Administration being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook user ID Number 100002952849007 and User ID Name https://www.facebook.com/bhttps://www.facebook.com/JokerSouthSideKinganga.mac.5 that is stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California.[1]  The information to be

---

[1] This User ID Number (ID 100002952849007) is a unique number specifically assigned to the Facebook page "Bluu Foxx Kenken (JokerontheSouthside)" with the above listed URL address. Investigators confirmed that this user ID Number is associated with Kenneth ROBINSON's user account from the response investigators received from Facebook regarding the search warrant executed on Amontae Gordon's Facebook account (see paragraph 14 from more information). In that response, Facebook listed the Facebook page name and the unique ID number for every account Amontae Gordon's account interacted with through Facebook. Included in that list was the ID number listed above for the account named "Bluu Foxx Kenken (JokerontheSouthside)."

searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID.

1. I am a Special Agent with the Drug Enforcement Administration and have been since September 2010. I am currently assigned to an Enforcement Group of the St. Louis Division Office. Prior to my assignment to the St. Louis Division Office, I was assigned to the Bakersfield Resident Office in the San Francisco Field Division in California. Prior to my employment with the DEA, I was a police officer and detective for the St. Louis County Police Department for approximately six years. During the course of my law enforcement experience, I have participated in numerous investigations involving controlled substances. I have conducted investigations of a variety of illegal drug-trafficking and money-laundering organizations. I have participated in investigations that led to the seizure of illegal drugs, weapons, and assets derived from the sale of illegal drugs, and the subsequent felony arrests of those individuals involved. I have participated in numerous drug-related training courses throughout my law enforcement career. I am familiar with and have used normal methods of investigation, including, but not limited to, visual and electronic surveillance, questioning of witnesses and defendants, the use of search and arrest warrants, the use of informants, the use of pen registers, the utilization of confidential sources and undercover agents, and the use of court-authorized wire and electronic intercepts.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is

intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 21, United States Code, Section 841(a)(1); Title 21, United States Code, Section 846; Title 18, United States Code Section 924(c); and Title 18 United States Code, Section 2119, by Kenneth ROBINSON and others known and unknown. There is also probable cause to search the information described in Attachment A for evidence of these crimes and contraband or fruits of these crimes, as described in Attachment B.

## JURISDICTION

4. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

### Background: 27 Accomac Gang

5. The undersigned is presently investigating narcotics trafficking as well as acts of violence between the 27 Accomac Crips gang (hereinafter referred to as 27 Mac) and rival gang the Grape Street Crips. In July of 2017, investigators were advised of the murder of Shemarcus McCullough, who was a Grape Street Crip member. During the investigation, Amontae GORDON, a 27 Mac member, advised investigators that he was present at a theme park (Six Flags) with McCullough prior to the shooting, that he and fellow 27 Mac members

left the park in separate vehicles, and were on the same highway and travelling in the same direction as McCullough at the time of his murder.

6.     In October of 2017, 27 Mac member Robert White Jr. was murdered in East St. Louis, IL. White was present at Six Flags along with GORDON and several other members of the 27 Mac gang just prior to McCullough's murder. Following White's murder, investigators are aware of one attempted drive-by shooting, which investigators prevented from occurring, and two additional drive-by shootings, that occurred in retaliation for White's murder, involving members of the 27 Mac gang.

### 27 Mac Member Kenneth ROBINSON

7.     On December 21, 2017, investigators conducted a search warrant at 5524 Holborn, which is a stash location for the 27 Mac gang. During this search warrant, four 27 Mac members were arrested, including Kenneth ROBINSON. On January 3, 2018, ROBINSON was indicted, along with the other gang members, on the following charges: 1) Conspiracy to distribute and possess with the intent to distribute 50 grams or more of a mixture of substance containing methamphetamine; 2) Possession with the intent to distribute a mixture of substance containing methamphetamine; and 3) Possession of a firearm in furtherance of a drug trafficking crime.  In total, investigators recovered seventeen firearms and narcotics.  Ballistic testing of these firearms indicated that several of the firearms were used in shootings of identified Grape Street Crip members. Investigators are also aware that multiple members of the 27 Mac gang frequently professes their association with the gang on social media.

### Social Media Use by 27 Mac and ROBINSON

8. Investigators are aware that Facebook, "is a social networking website and service where users can post comments, share photographs and links to news or other interesting content to the Web, play games, chat live, and stream live video. Shared content can be made publicly accessible, or it can be shared only among a select group of friend or family or a single person." (Definition from Lifewire February 2, 2018). Facebook also allows for direct messaging, also known as instant messaging, on Facebook's Messenger feature (hereinafter referred to as Messenger).

9. Investigators know that users of Facebook will often download the application to their cellular device in order to have access to all of the features while they are not near dedicated internet signals such as Wi-Fi, tablets, or desktop computers. Investigators are also aware that narcotics traffickers often utilize Facebook in order to conduct narcotics trafficking activities.

10. Investigators began monitoring the Facebook and social media pages of multiple members of the 27 Mac gang. Investigators observed that a Facebook profile under the name Bluu Foxx Kenken (JokerontheSouthside) frequently posts photos of ROBINSON and was Facebook "friends" with multiple members of the 27 Mac gang. Based on information provided by the St. Louis Metropolitan Police Department, investigators are aware that ROBINSON's nickname in the 27 Mac gang is Joker. Investigators also observed several photos of ROBINSON wearing 27 Mac t-shirts and hats in Facebook photos.

11. Following ROBINSON's arrest on the charges listed in paragraph 6, a detention hearing was held in Magistrate Court in which photos from ROBINSON's Facebook page were presented by the Assistant United States Attorney. Subsequently,

5

investigators listened to ROBINSON's recorded jail calls, during which ROBINSON complained to his girlfriend that the photos described above had been provided at his detention hearing from his Facebook page were dated. As a result, investigators believe that ROBINSON's Facebook page is Bluu Foxx Kenken (JokerontheSouthside) (ID Number 100002952849007 and User ID Name https://www.facebook.com/bhttps://www.facebook.com/JokerSouthSideKinganga.mac.5).

12.     Following the arrest of the four members of the 27 Mac gang after the execution of the Holborn search warrant, investigators began focusing on other members of 27 Mac, including Amontae GORDON. In February of 2018, investigators were approached by the St. Louis Metropolitan Police Department and given information that Amontae GORDON and Vincent WILKES were suspected of conducting carjacking's and narcotics sales in South St. Louis City. Investigators were advised that WILKES was a member of the "Pressure Gang" and that several of the fellow members of the Pressure Gang were currently charged and awaiting adjudication on narcotics sales, robberies, and carjacking. Investigators contacted the St. Louis Federal Bureau of Investigation and began coordinating. Investigators observed that the Facebook page under the name Amontae GORDON was Facebook friends with and appeared in photos with WILKES on a Facebook page under the name "Vincent WILKES."[2] Investigators observed that between January 16, 2018, and March 6, 2018, twenty-four separate photos of WILKES have been posted to the Vincent WILKES Facebook

---

[2] Investigators conducted open source database checks and learned that WILKES turned seventeen (17) years old on February 28, 2018.

page. These photos depict WILKES in possession of numerous handguns, assault pistols, and assault rifles.

13.   On March 12, 2018, investigators obtained authorization to retrieve the inbox messages for the Facebook Page under the name Vincent WILKES, by the Honorable Judge David D. Noce. On April 23, 2018, investigators obtained the response from Facebook for those messages and observed numerous messages to and from the Facebook page under the name Amontae GORDON to the Facebook Page under the name Vincent WILKES. Investigators observed that numerous conversations between WILKES and GORDON regarded the illegal sale of handguns and assault pistols. Several of these conversations also included photos of the firearms in question from both GORDON and WILKES.

14.   Based on this information, On April 27, 2018, investigators obtained a search warrant, signed by the Honorable Judge David D. Noce, for the inbox and outbox messages for the Facebook page under the name Amontae GORDON. In the response to this warrant, investigators observed that GORDON's Facebook page had listed as an individual that it followed on Facebook with the name "Bluu Foxx Kenken." Investigators also observed beginning in November of 2017, the Facebook Page Bluu Foxx Kenken engaged in several private Facebook messenger conversations with GORDON. Investigators observed that prior to his arrest on December 21, 2018, ROBINSON was involved with GORDON in a conversation where GORDON asked ROBINSON if he wanted to buy a "FN 7.62s for sell $500." Investigators are aware the members of the 27 Mac and Pressure Gang often possess AK-47 model assault rifles and have seen numerous pictures of members of each gang posing with these style rifles. Investigators are also aware that these assault rifles are 7.62 caliber firearms and have seized similar weapons from the search warrant where ROBINSON was

arrested. Based on this message and knowledge of the case, investigators believe that GORDON is asking ROBINSON if he would like to buy an AK-47 7.62 caliber assault rifle using private Facebook messenger to conduct the transaction. Investigators observed that ROBINSON's communication with GORDON ceased shortly before his arrest on December 21, 2017. Based in the investigation and the fact that multiple members of the gang including several who were arrested with ROBINSON were in contact with GORDON via Facebook Messenger leads investigators to believe that like the other 27 Mac members, ROBINSON used Facebook messenger to communicate with fellow gang members and conduct narcotics and firearms transactions. In June of 2018 investigators sent a preservation request to Facebook to save the content and messages for the Facebook page for ROBINSON.

15. Based on this information, investigators believe that ROBINSON, like GORDON has used the inbox messaging portion of the Facebook Page under the name "Bluu Foxx Kenken" to conduct illegal sales of firearms and the purchase and sale of narcotics and other gang related activity.

### Facebook Information

16. Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

17. Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook

passwords, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

18. Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

19. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

20. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items

9

available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

21. Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

22. Facebook users can exchange private messages on Facebook with other users using Messenger. Those messages are stored by Facebook unless deleted by the user. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a chat feature that allows users to send and receive instant messages through Facebook Messenger. These chat communications are stored in the chat history for the account. Facebook also has Video and Voice Calling features, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

23. If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

24. Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

25. Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

26. Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

27. Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

28. In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

29. Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP

address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

30. Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

31. As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a

relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

32. Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

**INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED**

33. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using

13

the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

34. Based on the forgoing, I request that the Court issue the proposed search warrant.

35. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court of the Eastern District of Missouri.

36. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

**(REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK)**

## REQUEST FOR SEALING

37.     I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

Christopher M. Grimm
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me on _____June 28_____, 2018

JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

15

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the ID Number 100002952849007, and User ID Name https://www.facebook.com/bhttps://www.facebook.com/JokerSouthSideKinganga.mac.5 that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

**I. Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a) All contact and personal identifying information, including ID Number 100002952849007, and User ID Name https://www.facebook.com/bhttps://www.facebook.com/JokerSouthSideKingan ga.mac.5: full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.]]

(b) All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c) All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos,

(d) All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which

the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e) All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(f) All "check ins" and other location information;

(g) All IP logs, including all records of the IP addresses that logged into the account;

(h) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i) All information about the Facebook pages that the account is or was a "fan" of;

(j) All past and present lists of friends created by the account;

(k) All records of Facebook searches performed by the account;

(l) All information about the user's access and use of Facebook Marketplace;

(m) The types of service utilized by the user;

(n) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

2

 (p) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 21, United States Code, Section(s) 841(a)(1), Title 21, United States Code, 846, and Title 18, United States Code 924 (c), and (d) involving Title 21, United States Code, Section(s) 841(a)(1), Title 21, United States Code, 846, and Title 18, United States Code 924 (c), Bluu Foxx Kenken (Kenneth Robinson ) since October 1, 2017, including, for each user ID identified on Attachment A, information pertaining to the following matters:

 (a) Involvement in carjacking's, the sale of illegal drugs, possession and illegal use of firearms, and communications between JOHNSON and unknown co-conspirators.

 (b) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

 (c) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

 (d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).